# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 22-11323-ELF

TINA M. MULHERN

20 WILSON BOULEVARD

EAGLEVILLE, PA 19403-1418

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TINA M. MULHERN

    20 WILSON BOULEVARD

    EAGLEVILLE, PA 19403-1418

Counsel for debtor(s), by electronic notice only.

    DANIEL P MUDRICK, ESQ
    325 SENTRY PARKWAY EAST
    BLDG 5 WEST- STE 320
    BLUE BELL, PA 19422-

Date: 8/18/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee