*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Tina M. Mulhern
    Debtor(s)

Case No: 22–11323–elf

Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case. see attached motion Filed by KENNETH E. WEST Represented by KENNETH E. WEST

    on: 9/27/22

    at: 10:00 AM

    in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  9/6/22

Timothy B. McGrath
Clerk of Court