United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tina M. Mulhern  
Debtor

Case No. 22-11323-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Sep 06, 2022 | Form ID: 152 | Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tina M. Mulhern, 20 Wilson Boulevard, Eagleville, PA 19403-1418 |
| 14701331 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14694601 | | CITIZENS ONE HOME LOANS, PO Box 6260, Glen Allen, VA 23058-6260 |
| 14695143 | + | Citizens Bank, NA, c/o Mary F Kennedy, Esq., 1310 Industrial Blvd., 1st Floor Suite 101, Southampton, PA 18966-4030 |
| 14694603 | | LAW OFFICE OF GREGORY JAVARDIAN, LLC, 1310 Industrial Blvd Ste 101, Southampton, PA 18966-4030 |
| 14694606 | | PNC BANK MORTGAGE SERVICES, PO Box 8703, Dayton, OH 45401-8703 |
| 14694607 | + | TIAA BANK, 301 W Bay St, Jacksonville, FL 32202-5147 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 07 2022 04:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 07 2022 04:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 07 2022 04:04:36 | Advanta Bank Corporation, c/o Resurgent Capital Services, Po Box 10368, Greenville, SC 29603-0368 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2022 04:04:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696816 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 07 2022 04:04:36 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14694600 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 07 2022 04:06:00 | BANK OF AMERICA, PO Box 982238, El Paso, TX 79998-2238 |
| 14694918 | ^ | MEBN | Sep 07 2022 04:00:44 | Citizens Bank, N.A. s/b/m to Citizens Bank, of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14694602 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 07 2022 04:06:00 | GM FINANCIAL, PO Box 181145, Arlington, TX 76096-1145 |
| 14708088 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2022 04:04:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696817 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 07 2022 04:04:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14694604 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 07 2022 04:06:00 | MIDLAND CREDIT MANAGEMENT, INC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |

Case 22-11323-elf   Doc 31   Filed 09/08/22   Entered 09/09/22 00:35:48   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 152 | Total Noticed: 23 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14693828 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 07 2022 04:06:00 | MIDLAND CREDIT MANAGEMENT, INC. as agent for, Asset Acceptance, LLC, Po Box 2036, Warren MI 48090-2036 |
| 14694605 |  | Email/Text: ml-ebn@missionlane.com | Sep 07 2022 04:06:00 | MISSION LANE TAB BANK, PO Box 105286, Atlanta, GA 30348-5286 |
| 14710195 |  | Email/Text: Bankruptcy.Notices@pnc.com | Sep 07 2022 04:06:00 | PNC Bank, National Association, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14693732 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2022 04:04:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693809 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2022 04:04:42 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14694599 | | 22-11323 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 08, 2022          Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. MUDRICK | on behalf of Debtor Tina M. Mulhern dpmudrick@verizon.net G30229@notify.cincompass.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, coleen@javardianlaw.com;chris.cummins@javardianlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Sep 06, 2022 Form ID: 152 Total Noticed: 23
TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Tina M. Mulhern
    Debtor(s)

Case No: 22−11323−elf

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 9/27/22 at 10:00 AM , in HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

 

For The Court

Timothy B. McGrath
Clerk of Court

29
Form 152