IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Tina M. Mulhern<br><br>    Debtor(s) | Chapter 13 Proceeding<br><br>22-11323-ELF |

## ORDER

AND NOW, this 20th day of September, 2022, it is hereby **ORDERED** that the Automatic Stay is **MODIFIED** to permit, Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania and/or its successors and assigns to obtain all *in rem* relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 20 Wilson Boulevard, Eagleville, PA 19403.

Upon the order being granted and entered, Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further **ORDERED** that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further **ORDERED** that Bankruptcy Rule 4001 (a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**