United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 22-11323-elf

Tina M. Mulhern                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tina M. Mulhern, 20 Wilson Boulevard, Eagleville, PA 19403-1418 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 20 2022 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2022 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 20 2022 23:55:26 | Advanta Bank Corporation, c/o Resurgent Capital Services, Po Box 10368, Greenville, SC 29603-0368 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 23:55:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed**

**below:**

| Name | Email Address |
| --- | --- |
| DANIEL P. MUDRICK | on behalf of Debtor Tina M. Mulhern dpmudrick@verizon.net  G30229@notify.cincompass.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, coleen@javardianlaw.com;chris.cummins@javardianlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          Chapter 13 Proceeding

    Tina M. Mulhern                              22-11323-ELF

        Debtor(s)

**ORDER**

AND NOW, this  20th  day of September, 2022, it is hereby **ORDERED** that the Automatic

Stay is **MODIFIED** to permit, Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania and/or

its successors and assigns to obtain all *in rem* relief available under the Non-Bankruptcy law and its

loan documents with regard to the property located at 20 Wilson Boulevard, Eagleville, PA  19403.


    Upon the order being granted and entered, Citizens Bank, N.A. s/b/m to Citizens Bank of

Pennsylvania shall have the continuing authority to contact the Debtor(s) directly to determine

intent regarding the property and/or to verify vacancy of the home.

    It is further **ORDERED** that relief granted by this order shall survive the conversion of

this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

    It is further **ORDERED** that Bankruptcy Rule 4001 (a)(3) is not applicable and Movant is

allowed to immediately proceed with foreclosure and all other relief available under the Non-

Bankruptcy law.


    **Order entered by default.**


_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**