United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                      Case No. 22-11323-elf

Tina M. Mulhern                                       Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                   User: admin                                    Page 1 of 3

Date Rcvd: Sep 28, 2022                       Form ID: pdf900                          Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tina M. Mulhern, 20 Wilson Boulevard, Eagleville, PA 19403-1418 |
| 14701331 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14694601 | | CITIZENS ONE HOME LOANS, PO Box 6260, Glen Allen, VA 23058-6260 |
| 14695143 | + | Citizens Bank, NA, c/o Mary F Kennedy, Esq., 1310 Industrial Blvd., 1st Floor Suite 101, Southampton, PA 18966-4030 |
| 14694603 | | LAW OFFICE OF GREGORY JAVARDIAN, LLC, 1310 Industrial Blvd Ste 101, Southampton, PA 18966-4030 |
| 14694606 | | PNC BANK MORTGAGE SERVICES, PO Box 8703, Dayton, OH 45401-8703 |
| 14694607 | + | TIAA BANK, 301 W Bay St, Jacksonville, FL 32202-5147 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 28 2022 23:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2022 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2022 23:33:09 | Advanta Bank Corporation, c/o Resurgent Capital Services, Po Box 10368, Greenville, SC 29603-0368 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2022 23:33:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696816 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2022 23:33:07 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14694600 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 28 2022 23:24:00 | BANK OF AMERICA, PO Box 982238, El Paso, TX 79998-2238 |
| 14694918 | ^ | MEBN | Sep 28 2022 23:24:40 | Citizens Bank, N.A. s/b/m to Citizens Bank, of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14694602 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2022 23:25:00 | GM FINANCIAL, PO Box 181145, Arlington, TX 76096-1145 |
| 14708088 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2022 23:33:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696817 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2022 23:33:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14694604 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2022 23:25:00 | MIDLAND CREDIT MANAGEMENT, INC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |

Case 22-11323-elf  Doc 40  Filed 09/30/22  Entered 10/01/22 00:30:28  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2022 | Form ID: pdf900 | Total Noticed: 23 |

| 14693828 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2022 23:25:00 | MIDLAND CREDIT MANAGEMENT, INC. as agent for, Asset Acceptance, LLC, Po Box 2036, Warren MI 48090-2036 |
| 14694605 | Email/Text: ml-ebn@missionlane.com | Sep 28 2022 23:24:00 | MISSION LANE TAB BANK, PO Box 105286, Atlanta, GA 30348-5286 |
| 14710195 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 28 2022 23:24:00 | PNC Bank, National Association, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14693732 | + Email/PDF: gecsedi@recoverycorp.com | Sep 28 2022 23:33:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693809 | + Email/PDF: gecsedi@recoverycorp.com | Sep 28 2022 23:33:15 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14694599 | | 22-11323 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. MUDRICK | on behalf of Debtor Tina M. Mulhern dpmudrick@verizon.net G30229@notify.cincompass.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, coleen@javardianlaw.com;chris.cummins@javardianlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Sep 28, 2022 Form ID: pdf900 Total Noticed: 23
TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
TINA M. MULHERN

Chapter 13

Debtor

Bankruptcy No. 22-11323-ELF

# ORDER

**AND NOW**, this  27th  day of  September , 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____  
Honorable Eric L. Frank  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
DANIEL P MUDRICK, ESQ  
325 SENTRY PARKWAY EAST  
BLDG 5 WEST- STE 320  
BLUE BELL, PA 19422-

Debtor:  
TINA M. MULHERN

20 WILSON BOULEVARD

EAGLEVILLE, PA 19403-1418